**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

Charles M. Forgey,

      Plaintiff,

vs.

Wendy A. Kitchel                                   Case No. 3:11CV 341

      Defendant,                               **APPEARANCE**

      Defendant Does 1 through 10

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83.5(f), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for Defendant, Wendy A. Kitchel.

                                        HUNT SUEDHOFF KALAMAROS LLP

Dated: September 8, 2011         /s/ Philip E. Kalamaros      .
                                        Philip E. Kalamaros #11722-71
                                        *Attorney for Defendant*
                                        *Wendy A. Kitchel*
                                        301 State Street, 2nd Floor  -  P.O. Box 46
                                        St. Joseph, MI  49085
                                        Telephone: 269/983-4405
                                        Facsimile: 269/983-5645
                                        pkalamaros@hsk-law.com

## *CERTIFICATE OF SERVICE*

  I hereby certify that on September 8, 2011, I caused to be filed, electronically, Appearance of Philip E. Kalamaros on behalf of Defendant Wendy A. Kitchel with the Clerk of Court using the CM/ECF system which sent notification of such filing to each attorney as disclosed by the Court's record.  A copy of said filing may also be viewed at www.innd.uscourts.gov.

Service was made on the following parties by U.S. Mail, First-Class, postage prepaid, on September 8, 2011:

Charles M. Forgey
56729 Summit Park Drive
Elkhart, IN 46516

          Respectfully submitted:

          HUNT SUEDHOFF KALAMAROS LLP


          By: /s/       Philip E. Kalamaros
          Philip E. Kalamaros (#11722-71)
          301 State Street, 2nd Floor
          P.O. Box 46
          St. Joseph, MI  49085
          Ph:  269/983-4405
          Facsimile: 269/983-5645
          pkalamaros@hsk-law.com
          Attorney for Defendant Wendy A. Kitchel