**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

Charles M. Forgey,

        Plaintiff,

vs.

Wendy A. Kitchel                                 Case No. 3:11CV 341
        Defendant,

## VERIFIED UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW, Defendant, Wendy A. Kitchel, by counsel, pursuant to F.R.C.P. 6(b) and files her Verified Unopposed Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint stating as follows:

1. Defendant's response to Plaintiff's Complaint is currently due on September 22, 2011.

2. Counsel for Defendant just received the file and needs additional time to gather facts in order to properly respond to Plaintiff's Complaint.

3. Plaintiff has agreed to an extension for said Defendant to file her response to Plaintiff's Complaint until October 19, 2011.

WHEREFORE, Defendant requests that this Court enter an Order granting Defendant an extension of time to file her Response to Plaintiff's Complaint until October 19, 2011.

## **VERIFICATION**

I affirm under the penalties for perjury that the foregoing representations are true.

         /s/ Philip E. Kalamaros
Philip E. Kalamaros (#11722-71)

Respectfully submitted,

Date:  September 19, 2011     By:     /s/ Philip E. Kalamaros
Philip E. Kalamaros (#11722-71)
HUNT SUEDHOFF KALAMAROS, LLP
Attorney for Defendant
301 State Street, 2nd Floor
P.O. Box 46
St. Joseph, Michigan  49085-0046
Telephone: (269) 983-4405
Facsimile: (269) 983-5645

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2011, I caused to be filed, electronically, Appearance of Philip E. Kalamaros on behalf of Defendant Wendy A. Kitchel with the Clerk of Court using the CM/ECF system which sent notification of such filing to each attorney as disclosed by the Court's record. A copy of said filing may also be viewed at www.innd.uscourts.gov. Service was made on the following parties by U.S. Mail, First-Class, postage prepaid, on September 8, 2011:

> Charles M. Forgey
> 56729 Summit Park Drive
> Elkhart, IN 46516

Respectfully submitted,

By:     /s/ Philip E. Kalamaros
Philip E. Kalamaros (#11722-71)
HUNT SUEDHOFF KALAMAROS, LLP
Attorney for Defendant
301 State Street, 2nd Floor
P.O. Box 46
St. Joseph, Michigan  49085-0046
Telephone: (269) 983-4405
Facsimile: (269) 983-5645
pkalamaros@hsk-law.com
Attorney for Defendant Wendy A. Kitchel