UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| CHARLES M. FORGEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:11-cv-341 JD |
| | ) | |
| WENDY A. KITCHEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

On September 19, 2011, Defendant, Wendy A. Kitchel ("Kitchel"), filed a motion for an extension of time to respond to the complaint. Because she has shown good cause for the extension and Plaintiff does not oppose the extension, the Court **GRANTS** the motion for an extension of time. [Doc. No. 7]. Kitchel must respond to the complaint by **October 19, 2011.**

**SO ORDERED.**

Dated this 20th day of September, 2011.

                                                    S/Christopher A. Nuechterlein
                                                    Christopher A. Nuechterlein
                                                    United States Magistrate Judge

cc:    Charles M. Forgey
        56729 Summit Park Drive
        Elkhart, IN 46516