IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

Charles M. Forgey,

        Plaintiff,

vs.

Wendy A. Kitchel                               Case No. 3:11CV 341
        Defendant,

        Defendant Does 1 through 10

## **NOTICE TO PRO SE LITIGANT**

Defendant Wendy A. Kitchel hereby notifies the Plaintiff that she filed a Motion to Dismiss, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, on October 19, 2011. *See Lewis v. Faulkner*, 689 F.2d 100, 103 (7th Cir. 1982) ("A plaintiff in a civil case [not] represented by counsel is entitled to receive notice of the consequences of failing to respond" to a motion for summary judgment or a Rule 12(b)(6) motion). Pursuant to Local Rule 7.1, the *pro se* Plaintiff is informed that he has fourteen (14) days after service of this Notice (plus three days for mailing) to serve and file a response to the Motion to Dismiss. Plaintiff's failure to do so may result in a summary ruling, and could result in dismissal of his claim against Wendy A. Kitchel.

Respectfully submitted,

HUNT SUEDHOFF KALAMAROS LLP

By: s/Philip E. Kalamaros
Philip E. Kalamaros (#11722-71)
*Attorney for Defendant Wendy Kitchel*
301 State Street, 2nd Floor
Post Office Box 46
St. Joseph, MI 49085
Telephone: (269) 983-4405
Fax: (269) 983-5645

CERTIFICATE OF SERVICE

I, Philip E. Kalamaros, certify that on the 19th day of October 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants of record, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

Charles M. Forgery
56729 Summit Park Drive
Elkhart, IN 4516

/s/ Philip E. Kalamaros .
Philip E. Kalamaros (#11722-71)